Thomas W. Prewitt, Thomas W. Prewitt P.A., Madison, MS, for Plaintiff–Appellant.

Jeffrey A. Regner, Roger A. Hipp, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Randolph Crews, Greensboro, NC, pro se.

Christopher L. Krafchek, Department of Justice, Washington, DC, for Defendant–Appellee.

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Randolph CREWS, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5151.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

**NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC., Petitioner,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 2010–7136.

United States Court of Appeals, Federal Circuit.

Oct. 4, 2010.

953

## ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Edward J. Pardon, Merchant & Gould P.C., Madison, WI, for Plaintiffs–Appellees.

Monique M. Drake, Gibson, Dunn & Crutcher LLP, Denver, CO, for Defendants.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Reiner RIEZLER and Severi Med GMBH, Plaintiffs–Appellees,**

v.

**Robert H. ALLEN, Sally P. Stabler, and Metabolite Laboratories, Inc., Defendants,**

and

**Robert H. Allen, as Trustee of the Robert H. Allen Revocable Trust, Defendant–Appellant.**

No. 2010–1300.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2010.

**INFINITI INFORMATION SOLUTIONS, LLC, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5168.

United States Court of Appeals, Federal Circuit.

Oct. 5, 2010.